UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81303-CIV-DIMITROULEAS

DEVIN JANE,

    Plaintiff,

vs.

SOUTH FLORIDA FAIR AND PALM
BEACH COUNTY EXPOSITIONS, INC.,

    Defendant.
_____/

## ORDER APPROVING VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Amended Notice of Voluntary Dismissal Without Prejudice (the "Notice") [DE 7], filed herein on October 18, 2019. The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as that the Notice [DE 7] is hereby **APPROVED**. This case is **DISMISSED** without prejudice. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of October, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record